```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 63785
   ETHEL L SMITH
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9418

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/06/2005 and was confirmed 03/01/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/21/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
ECAST SETTLEMENT CORP      UNSEC W/INTER    4067.69           .00           .00
LVNV FUNDING LLC           UNSEC W/INTER    2479.27           .00           .00
ECAST SETTLEMENT CORP      UNSEC W/INTER     475.03           .00           .00
DEUTSCHE BANK NATIONAL T   CURRENT MORTG   31655.38           .00      31655.38
DEUTSCHE BANK NATIONAL T   MORTGAGE ARRE   28720.03           .00       9912.47
FISHER & SHAPIRO           NOTICE ONLY     NOT FILED          .00           .00
FISHER & SHAPIRO           NOTICE ONLY     NOT FILED          .00           .00
LITTON LOAN SERVICING      CURRENT MORTG   10826.62           .00      10826.62
LITTON LOAN SERVICING      MORTGAGE ARRE     523.00           .00         202.92
TIMOTHY K LIOU             DEBTOR ATTY       228.20                       228.20
TOM VAUGHN                 TRUSTEE                                      3,063.41
DEBTOR REFUND              REFUND                                           .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                55,889.00

PRIORITY                                        .00
SECURED                                   52,597.39
UNSECURED                                       .00
ADMINISTRATIVE                               228.20
TRUSTEE COMPENSATION                       3,063.41
DEBTOR REFUND                                   .00
                      ------------      ------------
TOTALS                 55,889.00          55,889.00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 63785 ETHEL L SMITH
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/27/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |